FILED
U.S. DISTRICT COURT
NEW ALBANY DIVISION

11 FEB -2 PM 4:08

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY**

NO. _____

4:11-cv- 005 SEB -WGH

| | |
|---|---|
| **MICHELLE BECKETT** ) <br> ) <br> ) <br> ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> ) <br> **KOETTER WOODWORKING, INC.** ) <br> <u>Serve</u>: Randall F. Koetter ) <br>      533 Louis Smith Road ) <br>      Borden, IN  47106 ) <br> ) <br> *Defendant* ) | **VERIFIED COMPLAINT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes the Plaintiff, Michelle Beckett, by and through counsel, and for her Verified Complaint against the Defendant, Koetter Woodworking, Inc., states as follows:

### JURISDICTION

1.  That this action arises under the United States Constitution and under federal law, particularly Title 42 of the United States Code §12101 et seq.

2.  That this Court possesses jurisdiction for this case under the provisions of Title 28 of the United States Code, §1331 and §1343, and that the EEOC issued a right to sue letter relative to these claims on or about December 9, 2010.

3.  That this Court has supplemental jurisdiction of claimed violations of the Indiana Code pursuant to Title 28 of the United States Code, §1367.

## FACTS

4. That the Plaintiff, Michelle Beckett ("Beckett"), is, and at all times relevant hereto has been, a resident of Washington County, Indiana.

5. That the Defendant, Koetter Woodworking, Inc. ("Koetter"), is, and at all relevant times hereto has been, an Indiana For-Profit Domestic Corporation licensed to do and doing business in Borden, Clark County, Indiana.

6. That Plaintiff has a form of epilepsy that involves petit mal seizures and is a qualified individual with a disability within the meaning of 42 USC §12102(2), §12111(8) and IC 22-9-5.

7 That Plaintiff began working for Defendant through an agency on or about July 16, 1995 and directly for Defendant on or about September 30, 1995, and worked there continuously until she was terminated on or about August 10, 2010.

8. That Defendant terminated Plaintiff as a direct and proximate result of Plaintiff's disability and complaints regarding disability discrimination.

9 That Defendant failed to provide reasonable accommodation to Plaintiff's disability.

10. That the foregoing conduct of Defendant violated 42 USC §12112 et seq. and Indiana Code Title 22 Article 9, in that Koetter retaliated against Plaintiff for complaining of disability discrimination and discriminated against Plaintiff, a qualified individual with a disability, in regard to its termination of the Plaintiff, failing to promote Plaintiff to the position of Coordinator II, and in failing to provide reasonable accommodations.

11. That Plaintiff is entitled to punitive damages in an amount sufficient to punish Defendant for its willful, wanton, oppressive, fraudulent, malicious and grossly negligent conduct.

12. That as a direct and proximate result of this discriminatory and retaliatory conduct by Defendant, Plaintiff has incurred, and continues to incur, embarrassment, humiliation, mental anguish, medical expenses, and loss of both past and future wages.

WHEREFORE, the Plaintiff prays for judgment from the Defendant as follows:

1. Judgment on her Complaint against Defendant;

2. Compensatory damages in the sum of $1,000,000.00;

3. Punitive damages in the sum of $1,000,000.00;

4. Trial by jury on any and all issues so triable;

5. For her costs herein expended, including reasonable attorney's fees; and

6. For any and all other relief to which she may otherwise be properly entitled.

## **VERIFICATION**

I, Michelle Beckett, hereby verify that I have read the foregoing Verified Complaint and it is true and correct to the best of my knowledge and belief.

*/s/ Michelle Beckett*

STATE OF KENTUCKY    )
                     )
COUNTY OF JEFFERSON  )

Subscribed and sworn to before me by Michelle Beckett on this the __7__ day of January, 2010.

My commission expires:   1/9/2014

*/s/ Kelly Y. McMurray*
NOTARY PUBLIC, KENTUCKY
STATE-AT-LARGE

4

Respectfully Submitted By,

By: _____

A. Nicholas Naiser
NAISER LAW OFFICE
600 W. Main Street, Suite 500
Louisville, Kentucky 40202
(502) 882-5183
nick@naiserlaw.com