Acknowledged.
Date:  09/29/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
AT NEW ALBANY

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| MICHELLE BECKETT, | ) |
| PLAINTIFF, | ) *Electronically Filed* |
| v. | ) |
| KOETTER WOODWORKING, INC., | ) Civil Action No. 4:11-cv-005-SEB-TAB |
| DEFENDANT. | ) |

**STIPULATION OF DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

All parties to the action, Plaintiff Michelle Beckett ("Beckett") and Defendant Koetter Woodworking, Inc. ("Koetter"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the action and all the claims therein, with prejudice, each party to bear her or its own attorneys' fees and costs.

**Stipulated to by:**

| | |
|---|---|
| s/A. Nicholas Naiser (by JAC w/permission) | s/Jeffrey A. Calabrese |
| A. Nicholas Naiser, Esq. | Jeffrey A. Calabrese |
| Naiser Law Office | Michael G. Swansburg, Jr. |
| 600 West Main Street | Stoll Keenon Ogden PLLC |
| Suite 500 | 2000 PNC Plaza |
| Louisville, Kentucky 40202 | 500 West Jefferson Street |
| *Counsel for Plaintiff* | Louisville, KY  40202-2828 |
| | Phone:  (502) 333-6000 |
| | Fax:  (502) 333-6099 |
| | jeff.calabrese@skofirm.com |
| | michael.swansburg@skofirm.com |
| | *Counsel for Defendant* |

431233.139838/760649.1